1  KAMALA D. HARRIS
   Attorney General of California
2  SCOTT H. WYCKOFF
   Supervising Deputy Attorney General
3  MICHELLE K. LITTLEWOOD
   Deputy Attorney General
4  State Bar No. 202846
     2550 Mariposa Mall, Room 5090
5    Fresno, CA  93721
     Telephone: (559) 477-1680
6    Fax: (559) 445-5106
     E-mail: Michelle.Littlewood@doj.ca.gov
7  *Attorneys for Defendant*
   *California Department of Corrections and*
8  *Rehabilitation*

UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SPENCER PETERSON III,** | Case No. 1:10-cv-01132-SMS |
| Plaintiff, | **STIPULATION TO SUBMIT PROTECTIVE ORDER** |
| v. | |
| **STATE OF CALIFORNIA, DEPARTMENT OF CORRECTIONS AND REHABILITATION; DOES 1-20,** | |
| Defendants. | |

Whereas Plaintiff Spencer Peterson III, has requested documents containing confidential Peace Officer information; the parties hereby stipulate as follows:

1. No records and other information disclosed shall be used to oppress, embarrass, or annoy the CDCR's officers, or any other individual to whom those records pertain;

2. The records and other information disclosed shall not be used for any purpose other than to prove Plaintiff's theory in the instant action;

3. In no event shall the records or other information disclosed be used for any purpose other than a proceeding in the instant action pursuant to applicable law, and;

/ / /

1

4.     Upon conclusion of the instant action, the original documents and all photocopies of the records and information disclosed shall be returned to the office of the Attorney General.

Dated:    05-10-11

*/s/ Spencer Peterson III*
_____
Spencer Peterson III, Plaintiff in Propria Persona

Dated:    05-12-11

*/s/ Michelle K. Littlewood*
_____
Michelle K. Littlewood
Deputy Attorney General
Attorney for Defendant California Department of Corrections and Rehabilitation

IT IS SO ORDERED.

IT IS SO ORDERED.

Dated:   **May 17, 2011**                    **/s/ Sandra M. Snyder**
                                    UNITED STATES MAGISTRATE JUDGE